ABEL ACOSTA,CLERK
SUPREME CRT.BLDING.
201 W.14TH ST.RM.106
P.O.BOX 12308
AUSTIN,TX 78711-2308

78,478-01

MARCH 16,2015

RE:FOR COPY OF MY LAST 1107 SUBMITTED
ON 10-1-12.(COVER ONLY).
WRIT NO.:WR-78,478-01

DEAR MR.ACOSTA,

I,JUAN MUNOZ,TDCJ NO.1467005,AM HOUSED HERE IN THE DOLPH BRISCOE UNIT IN DILLEY,TX.I AM REQUESTING OF YOUR ASSISTANCE IN THIS IMPORTANT MATTER.ALL I AM REQUESTING IS FOR A COPY OF THE COVER OF MY 1107 WRIT OF HABEAS CORPUS,REASON BEING IS THAT I NEED TO SEE WHAT BOX WAS MARKED OF WHETHER CHALLENGING THE CONVICTION OR SENTENCING.

I WOULD LIKE TO THANK YOU IN ADVANCE FOR YOUR COOPERATION AND TAKING THE TIME IN YOUR ALREADY BUSY DAY TO ASSIST ME IN THIS VERY IMPORTANT MATTER.MAY GOD BLESS YOU ABUNDANTLY...

RESPECTFULLY SUBMITTED,

PROSE JUAN MUNOZ
TDCJ NO.1467005
DOLPH BRISCOE UNIT
1459 W.HWY.85
DILLEY,TX 78017
FRIO COUNTY

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk